IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EVANGELINE HOGUE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES EAST, L.P.,<br><br>　　　　　　Defendant. | Case No. 08-CV-01207 BB/LFG |

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to stipulation of the parties and good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Complaint be dismissed with Prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

*/s/ Bruce D. Black*

Hon. Bruce D. Black

United States District Judge